57,998-03,04

Lee Roy Brown #1027084
3001 S. Emily Drive
McConnell Unit
Beeville, Texas 78102


March 12, 2015

RE: Trial CT NO: W01-00206

Dear Sir or Ma'am,

Could I please have a copy of the court docket concerning the Trial CT NO: W01-00206. I have included a SASE to expedite the process.


Sincerely,

Lee ROy Brown #1027084

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta Clerk